# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Karen Sampson | ) | Case No. |
| | ) | |
| Plaintiff | ) | 15-CV-02258 |
| | ) | |
| v. | ) | Judge Milton Shadur |
| | ) | |
| MRS BPO, LLC | ) | |
| | ) | |
| Defendant | ) | |

PLEASE TAKE NOTICE that on Monday March 30, 2015 at 9:00 A.M., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmund E. Chang, in Room 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present Plaintiff's Motion for an entry of an order.

Respectfully submitted,

/s/ John Carlin
John P. Carlin #6277222
Chang & Carlin, LLP
1305 Remington Rd., Ste. C
Schaumburg, IL 60173
jcarlin@changandcarlin.com
Attorney for Plaintiff