# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Karen Sampson

                      Plaintiff,

v.                                              Case No.: 1:15−cv−02258

                                                    Honorable Milton I. Shadur

MRS BPO, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 30, 2015:

      MINUTE entry before the Honorable Milton I. Shadur: Status hearing held and continued to 5/28/15 at 9:00 a.m. Motion hearing held. Plaintiff's motion to alter judgment [6] is denied. The previously dismissal is without prejudice to a filing of a Rule 60 motion. Notice mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.